### 14092. RENDER *v.* THE STATE.

LUKE, J. The evidence in this case fully authorized the defendant's conviction of larceny. The one special ground of the motion for a new trial, complaining of the charge of the court, in view of the evidence, was not error. The trial court having approved the verdict, and there being no reversible error of law upon the trial, it was not error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MARCH 6, 1923.

Accusation of larceny of chickens; from city court of Newnan — Judge Post. November 10, 1922.

*Stanford Arnold,* for plaintiff in error.

*W. L. Stallings, solicitor,* contra.